### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAW VALLEY COMPANIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOME DEPOT U.S.A., INC. | )   Case No. 06-2393KHV |
| HOME DEPOT SUPPLY, INC. | ) |
| HOME DEPOT, INC. | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the Stipulation of Dismissal (Doc. #29) filed by the parties, the court hereby dismisses this action, with prejudice, each party to bear its own costs.

                                                s/ Kathryn H. Vratil
                                                Kathryn H. Vratil
                                                United States District Judge